## IN RE SPENCER

No. 513. Argued April 28, 1970—Decided May 4, 1970

*Melvin L. Wulf* argued the cause for appellant. With him on the briefs was *Eleanor Holmes Norton.*

*Neil Dixon* argued the cause for appellee, Williams, Judge. With him on the brief were *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Herschel M. Downs.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.